# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 13 |
| | ) Case No. 19-36408 |
| **ABAYOMI G. OMOMO,** | ) Honorable Jacqueline P. Cox |
| | ) Motion Date: March 30, 2020 |
| **Debtor.** | ) Motion Time: 9:00 a.m. |

## NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE THAT on March 30, 2020, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Jacqueline P. Cox, or anyone sitting in her stead, of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604 and present the attached **SECOND APPLICATION FOR COMPENSATION PURSUANT TO COURT-APPROVED RETENTION AGREEMENT**, a copy of which is hereby served upon you.

                    GOLAN CHRISTIE TAGLIA LLP

## AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Second Application for Compensation Pursuant to Court-Approved Retention Agreement were served upon the parties attached via CM/ECF or via regular mail as stated herein with proper postage prepaid from 70 W. Madison, Chicago, IL 60602 on March 5, 2020.

                    /s/*Robert R. Benjamin*
                       Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602

## SERVICE LIST

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
Via CM/ECF

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5674
Via CM/ECF

Abayomi G Omomo
3 Graymoor Lane
Olympia Fields, IL 60461-1221
Via Regular Mail

Adenike Omomo
3 Graymoor Lane
Olympia Fields, IL 60461-1221
Via Regular Mail

American Express
PO Box 0001
Los Angeles, CA 90096-0001
Via Regular Mail

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
Via Regular Mail

Capital One Bank (USA), N.A.
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118-7901
Via Regular Mail

Chase
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423
Via Regular Mail

Citibank, N.A.
5800 S. Corporate Pl.
Sioux Falls, SD 57108-5027
Via Regular Mail

Faisal M. Yasin
7021 W. 153rd St.
Orland Park, IL 60462-5184
Via Regular Mail

Infinity Financial Services
PO Box 9013
Addison, TX 75001-9013
Via Regular Mail

Inland Bank
5456 S. La Grange Rd.
La Grange, IL 60525-2851
Via Regular Mail

JP Morgan Chase Bank, N.A.
c/o Robertson, Anschuz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853
Via Regular Mail

Medallion Financial Corp.
437 Madison Ave.
New York, NY 10022-7015
Via Regular Mail

Navient
PO Box 9635
Wilkes Barre, PA 18773-9635
Via Regular Mail

Nike Yomi, Inc.
4626 W. Cornelia Ave.
Chicago, IL 60641-3721
Via Regular Mail

Senior Care at Home, Inc.
3 Graymoor Lane
Olympia Fields, IL 60461-1221
Via Regular Mail

The Business Backer
10856 Reed Hartman Highway
Suite 100
Cincinnati, OH 45242-0209
Via Regular Mail

Wakefield & Associates
P.O. Box 58
Fort Morgan, Co 80701-0058
Via Regular Mail

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **In re:** | ) Chapter 13 |
| | ) Case No. 19-36408 |
| **ABAYOMI G. OMOMO,** | ) Honorable Jacqueline P. Cox |
| | ) Motion Date: March 30, 2020 |
| **Debtor.** | ) Motion Time: 9:00 a.m. |

**SECOND APPLICATION FOR COMPENSATION**
**PURSUANT TO COURT-APPROVED RETENTION AGREEMENT**

Now comes Robert R. Benjamin and Golan Christie Taglia LLP and move this court for compensation pursuant to 11 U.S.C § 330(a)(4)(B) and the Court-Approved Retention Agreement executed by the debtor and his attorney for representing Debtor's interests in the above-captioned Chapter 13 proceedings and in support thereof states as follows:

1. On December 30, 2019, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code"). [Dkt. No. 1].

2. On January 2, 2020, Robert R. Benjamin and Golan Christie Taglia LLP filed an Attorney's Application for Chapter 13 Compensation Under the Court-Approved Retention Agreement, all is more fully set forth in Group Exhibit A, attached hereto and a made a part hereof. [Dkt. No. 10].

3. On March 2, 2020, Debtor's Chapter 13 Plan was confirmed by this honorable Court. [Dkt. No. 21].

4. On March 2, 2020 this honorable Court denied the Application of Robert R. Benjamin and Golan Christie Taglia LLP for attorney fees as a result of a "failure to note whether money has been received", all is more fully set forth in Exhibit B, attached hereto and made a part hereof. [Dkt. No. 20].

1

2

5. Debtor's counsel, Robert R. Benjamin and Golan Christie Taglia LLP, have now corrected their Application and indicated on the proposed Order Allowing Chapter 13 Compensation Under Court-Approved Retention Agreement that they have received $310.00 from Debtor for expenses before the date of application, all is more fully set forth in Group Exhibit C, attached hereto and made a part hereof.

WHEREFORE, Robert R. Benjamin and Golan Christie Taglia LLP pray that the Court enter an Order Allowing Chapter 13 Compensation Under Court-Approved Retention Agreement, granting counsel's application for fees in the amount of $4,500.

Dated: March 5, 2020                     Respectfully submitted,

                                         /s/*Robert R. Benjamin*
                                         Robert R. Benjamin

Robert R. Benjamin (ARDC #0170429)
GOLAN CHRISTIE TAGLIA LLP
Attorney for Debtor
70 W. Madison, Ste. 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939
rrbenjamin@gct.law

2